IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03442-BNB

JEREMIAH MICHAEL STANFILL (Extinct), jeremiah michael stanfill; Pro Persona, Man for/inbehalf of the Extinct/Decedent, Executor/Beneficiary of the Cestui Que Vie Estate,

    Plaintiff,

v.

[NO NAMED DEFENDANT]

    Defendant.

---

## ORDER OF DISMISSAL
---

    Plaintiff, Jeremiah Michael Stanfill, is an inmate at Arkansas Valley Correctional Facility in Ordway, Colorado. He initiated this action by filing *pro se* a "Statement Noting a Party's Death" (ECF No. 1) and "Motion to Discharge" (ECF No. 3) with the Court on December 19, 2013.

    On January 2, 2014, Magistrate Judge Boyd N. Boland directed Mr. Stanfill to cure certain enumerated deficiencies in this action. Because it appeared that Mr. Stanfill was attempting to set aside the criminal conviction and sentence entered against him in a Colorado state district court, Mr. Stanfill was ordered to submit an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the court-approved form. He also was ordered to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action on the court-approved form or, alternatively, to pay the $5.00 filing fee. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Stanfill did not file a habeas application and has failed to communicate with the Court in any way since December 19, 2013.  As a result, Plaintiff has failed to cure the deficiencies within the time allowed.  The Court, therefore, will dismiss the action for failure to cure and failure to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Motion to Discharge (ECF No. 3) is denied and this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for the failure of Plaintiff to comply with the Court's Order Directing Plaintiff to Cure Deficiencies (ECF No. 4) and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  Mr. Stanfill may file a motion in the Tenth Circuit Court of Appeals.

DATED at Denver, Colorado, this  13th  day of   February  , 2014.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court